UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

HEALTHQUEST OF CENTRAL JERSEY, LLC
and DIAMOND NATION, LLC,

    Plaintiffs,

v.

ANTARES AUL SYNDICATE 1274;
LIBERTY SYNDICATE LIB 4472;
ROCKHILL INSURANCE COMPANY; and
INTERNATIONAL INSURANCE COMPANY
OF HANNOVER SE,

    Defendants.

Case No.: 3:18-cv-12375-GC-DEA

---

## NOTICE OF SETTLEMENT AND STIPULATION OF VOLUNTARY DISMISSAL

The plaintiffs, Healthquest of Central Jersey, LLC and Diamond Nation, LLC and the Defendants, Antares AUL Syndicate 1274, Liberty Syndicate LIB 4472, Rockhill Insurance Company and International Insurance Company of Hannover SE, hereby submit this Notice of Settlement to notify the Court that the parties have reached an amicable settlement of the above-captioned matter.

IT IS HEREBY STIPULATED AND AGREED by and among the appearing parties and their respective counsel that the above action is voluntarily dismissed with prejudice, and without costs to any party, pursuant to Fed. R. Civ. P.41(a)(1)(A)(ii); and

IT IS HEREBY STIPULATED AND AGREED by and among the appearing parties and their respective counsel that this Stipulation may be filed with the Court without further notice.

PLAINTIFFS,
HEALTHQUEST OF CENTRAL JERSEY, LLC AND DIAMOND NATION, LLC

By  /s/ Bethany L. Barrese
Bethany L. Barrese
Saxe Doernberger & Vita, P.C.
233 Mount Airy Road
Basking Ridge, NJ 07920
(973) 446-7300
bbarrese@sdvlaw.com

DEFENDANTS,
ANTARES AUL SYDNICATE 1274, LIBERTY SYNDICATE LIB 4472, ROCKHILL INSURANCE COMPANY, AND INTERNATIONAL INSURANCE COMPANY OF HANNOVER SE,

By /s/ Matthew B. Malamud
Matthew B. Malamud
Horst Krekstein & Runyon, LLC
610 W. Germantown Pike
Suite 350
Plymouth Meeting, PA 19462
(484) 243-6873
Mmalamud@hkrlaw.com

It is so ordered this 28th day of July, 2022

Georgette Castner, U.S.D.J.